| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF TENNESSEE | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Prohealth Rural Health Services, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA   Prohealth Community Health Center** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **62-1779945** | |
| 4. | **Debtor's address** | **Principal place of business**  **PO Box 2029**  **Brentwood, TN 37024**  Number, Street, City, State & ZIP Code  **Williamson**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Case 3:19-bk-04054    Doc 1    Filed 06/25/19    Entered 06/25/19 08:02:30    Desc Main
Official Form 201            *Voluntary Petition for Non-Individuals Filing for Bankruptcy*            page 1
                              Document      Page 1 of 13

Debtor **Prohealth Rural Health Services, Inc.**  Case number (*if known*) _____
 Name

**7. Describe debtor's business**  A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **MDTN** | **8/29/18** | **18-05771** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Prohealth Rural Health Services, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
                 Contact name _____
                 Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201   Case 3:19-bk-04054   Doc 1   Filed 06/25/19   Entered 06/25/19 08:02:30   Desc Main
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   Document   Page 3 of 13   page 3

| Debtor | **Prohealth Rural Health Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2019**
             MM / DD / YYYY

X  **/s/ Michael Gaw, Chairman**          **Michael Gaw, Chairman**
Signature of authorized representative of debtor     Printed name

Title  **Chairman of the Board**

**18. Signature of attorney**

X  **/s/ Griffin S. Dunham**          Date  **June 25, 2019**
Signature of attorney for debtor              MM / DD / YYYY

**Griffin S. Dunham**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Avenue South**
**Suite 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone  **615.933.5850**     Email address  **griffin@dhnashville.com**

**27043 TN**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Prohealth Rural Health Services, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Bill Sekulovski, MD<br>2095 Hemlock Drive<br>Spring Hill, TN 37174 | | From ECF Claim No. 15 in Case No. 18-05771 | | | | $19,510.26 |
| Crye-Leike Property<br>5111 Peter Taylor Park Dr. #700<br>Brentwood, TN 37027 | | Commercial Lease | | | | $28,700.84 |
| First Tennessee Bank<br>511 Union Street<br>Nashville, TN 37219 | | Office Furniture and Equipment | | $348,000.00 | $144,944.00 | $203,056.00 |
| Harold E. Crye Living Trust<br>c/o Wesley Hall, III, Esq.<br>223 Madison Street, Ste 212<br>Madison, TN 37115 | | From ECF Claim No. 6 in Case No. 18-05771 | | | | $36,197.05 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | 4Q 2018 FICA: 1Q 2019 FICA<br>From ECF Claim No. 16 in Case No. 18-05771 | | | | $47,117.86 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | FICA Taxes for 2Q, 3Q & 4Q 2017; and 1Q, 2Q & 3Q 2018<br>From ECF Claim No. 1 in Case No. 18-05771 | | | | $306,863.24 |

| Debtor | Prohealth Rural Health Services, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jane White, MD<br>1125 Cedarview Lane<br>Franklin, TN 37067 | | | | | | $53,434.91 |
| LHT Knoxville Properties<br>1381 Collection Center Drive<br>Chicago, IL 60693 | | Commercial Lease; From ECF Claim No. 17 in Case No. 18-05771 | | | | $45,086.72 |
| Mt. Zion Baptist Chruch<br>Collier International<br>615 3rd Avenue South 500<br>PA 16483-9700 | | Commercial Lease; From ECF Claim No. 7 in Case No. 18-05771 | Disputed | | | $30,185.93 |
| Quest Diagnostics<br>PO Box 740736<br>Atlanta, GA 30374 | | From ECF Claim No. 14 in Case No. 18-05771 | | | | $31,657.14 |
| Ray White<br>1125 Cedarview Lane<br>Franklin, TN 37067 | | | | | | $19,343.93 |
| Ray White<br>1125 Cedarview Lane<br>Franklin, TN 37067 | | RE: Pay and Retirement | | | | $837,348.75 |
| Robert D. Stallings<br>c/o Seth M. Hyatt<br>414 Union Street, Ste 900<br>Nashville, TN 37219 | | From ECF Claim No. 19 in Case No. 18-05771 | Disputed | | | $206,796.80 |
| Ruth Sirgo<br>109 Zuric Court<br>Nashville, TN 37221 | | From ECF Claim No. 4 in Case No. 18-05771 | | | | $30,000.00 |
| The White Family Irrevocable Trust<br>5032 Trousdale Drive<br>Nashville, TN 37220 | | Accounts receivable, FQHC Designation, 340 B Approval, Pharmacy License | | $349,459.86 | $0.00 | $349,459.86 |
| The White Family Irrevocable Trust<br>1125 Cedarview Lane<br>Franklin, TN 37069 | | Pharmacy license, FQHC Designation, 340B Approval and License | | $281,106.00 | $0.00 | $281,106.00 |
| TN Dept of Labor<br>c/o TN Atty General's Office<br>Bankr. Div.<br>PO Box 20207<br>Nashville, TN 37202 | | Unemployment taxes for: 3Q & 4Q 2018; 1Q 2019 From ECF Claim No. 20 in Case No. 18-05771 | | | | $20,825.05 |

| Debtor | **Prohealth Rural Health Services, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TN Dept of TennCare (Bureau) c/o TN Atty General's Office Bankr. Div. PO Box 20207 Nashville, TN 37202** | | **From ECF Claim No. 18 in Case No. 18-05771** | **Disputed** | | | **$18,722,234.00** |
| **U.S. Dept of Labor obo employees 618 Church Street, Ste 230 Nashville, TN 37219** | | **From ECF Claim No. 13 in Case No. 18-05771** | | | | **$55,169.27** |
| **US Premium Finance 280 Technology Parkway Ste 200 Norcross, GA 30092** | | | | | | **$28,922.38** |

PROHEALTH RURAL HEALTH SERVICES, INC.
PO BOX 2029
BRENTWOOD TN 37024

GRIFFIN S. DUNHAM
DUNHAM HILDEBRAND, PLLC
2416 21ST AVENUE SOUTH
SUITE 303
NASHVILLE, TN 37212

A. SCOTT DERRICK, ESQ.
GULLETT SANFORD ROBINSON & MARTIN, PLLC
150 3RD AVE. S., SUITE 1700
NASHVILLE TN 37201

AABACA HOLDINGS
1325 W MAIN STREET
FRANKLIN TN 37064

AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999

AHC SOLUTIONS
206 W. CHURCH STREET
LEWISBURG TN 37091

AUSTIN SWETT, CPA
PO BOX 1426
FRANKLIN TN 37065

BELLEFANT CPA
PO BOX 3588
BRENTWOOD TN 37024

BILL SEKULOVSKI, MD
2095 HEMLOCK DRIVE
SPRING HILL TN 37174

BRIDGES
935 EDGEHILL AVE
NASHVILLE TN 37203

CALEB T. HOLZAEPFEL, ESQ.
HUSCH BLACKWELL
736 GEORGIA AVENUE, STE 300
CHATTANOOGA TN 37402

CARDINAL HEALTH
PO BOX 420574
ATLANTA GA 30384

COREY PENDLETON
UI RECOVERY UNIT
PO BOX 24150
NASHVILLE TN 37202

CRYE-LEIKE PROPERTY
5111 PETER TAYLOR PARK DR. #700
BRENTWOOD TN 37027

DIGITAL BUSINESS SOLUTIONS
PO BOX 60730
IRVINE CA 92602

ELIZABETH B. ALPHIN
FULTZ MADDOX DICKENS
101 S FIFTH ST, 27TH FLOOR
LOUISVILLE KY 40202

FELIX LAWRENCE, DDS
7917 HADENBERRY COURT
NASHVILLE TN 37221

FIRST TENNESSEE BANK
511 UNION STREET
NASHVILLE TN 37219

FRANKLIN HEATING
PO BOX 1306
FRANKLIN TN 37065

FRANKLIN PLUMBING
717 COLUMBIA AVENUE
FRANKLIN TN 37064

HAROLD E. CRYE LIVING TRUST
C/O WESLEY HALL, III, ESQ.
223 MADISON STREET, STE 212
MADISON TN 37115

HEALTHCARE PROFESSIONAL SERVICES
313 SWANSON DRIVE
LAWRENCEVILLE GA 30043

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

JANE WHILTE, MD
1125 CEDARVIEW LANE
FRANKLIN TN 37067

JANE WHITE, MD
1125 CEDARVIEW LANE
FRANKLIN TN 37067

JEFF MCKISSACK
8201 MIDDLEWICK LANE
NOLENSVILLE TN 37135

JOE RUSNAK
TUNE, ETREKIN & WHITE, P.C.
315 DEADERICK STREET, SUITE 1700
NASHVILLE TN 37238

JONATHAN WHITE
1125 CEDARVIEW LANE
FRANKLIN TN 37067

LHT KNOXVILLE PROPERTIES
1381 COLLECTION CENTER DRIVE
CHICAGO IL 60693

LINDA BEECHER, MD
1520 BRASS OAK TRACE
ANTIOCH TN 37013

LOEB PROPERTIES
825 VALLEYBROOK DRIVE
MEMPHIS TN 38120

MEDSAFE WASTE
204 LUIS AVENUE SUITE A
HENDERSONVILLE TN 37075

MT. ZION BAPTIST CHRUCH
COLLIER INTERNATIONAL
615 3RD AVENUE SOUTH 500
PA 16483-9700

NICHOLAS TSAMBASISS
1524 EAST BURT DRIVE #116
COLUMBIA TN 38401

PAUL NOWAK LAW FIRM
725 COOL SPRINGS BLVD , STE 600
FRANKLIN TN 37067

PHILLIP K. EHRLICH
615 THRID AVE S, STE 500
NASHVILLE TN 37210

PHYSICIAN VENTURE FUND
311 LANDRUM PLACE #300
CLARKSVILLE TN 37043

PROFESSIONAL COMMUNICATIONS
105 POPLAR STREET
ERIE PA 16507

```
QUALITY FIRST HEALTHCARE
12625 NE 204TH TERRACE
WALDO FL 32694

QUEST DIAGNOSTICS
PO BOX 740736
ATLANTA GA 30374

QUEST DIAGNOSTICS
ATTN: JAWANA MOORE
1001 ADAMS AVE
NORRISTOWN PA 19403

RAY WHITE
1125 CEDARVIEW LANE
FRANKLIN TN 37067

ROBERT D. STALLINGS
C/O SETH M. HYATT
414 UNION STREET, STE 900
NASHVILLE TN 37219

RUDY PORTILLO
865 BELLEVUE ROAD #812
NASHVILLE TN 37221

RUTH SIRGO
109 ZURIC COURT
NASHVILLE TN 37221

STANFORD BIOSIMETRY
1204 RAYMOND STREET
BELLINGHAM WA 98229

STAPLES
PO BOX 405389
ATLANTA GA 30384

STONE RUDOLPH & HENRY
124 CENTERPOINT DRIVE
CLARKSVILLE TN 37040

SUSAN PHILLIPS
3418 WILLOW LAKE CIRCLE
CHATTANOOGA TN 37419

THE WHITE FAMILY IRREVOCABLE TRUST
5032 TROUSDALE DRIVE
NASHVILLE TN 37220

THE WHITE FAMILY IRREVOCABLE TRUST
1125 CEDARVIEW LANE
FRANKLIN TN 37069
```

THOMAS J. BRIGHT
205 DAVISON DRIVE
FRANKLIN TN 37064

TN DEPT OF LABOR
C/O TN ATTY GENERAL'S OFFICE BANKR. DIV.
PO BOX 20207
NASHVILLE TN 37202

TN DEPT OF TENNCARE (BUREAU)
C/O TN ATTY GENERAL'S OFFICE BANKR. DIV.
PO BOX 20207
NASHVILLE TN 37202

U.S. DEPT OF LABOR OBO EMPLOYEES
618 CHURCH STREET, STE 230
NASHVILLE TN 37219

US PREMIUM FINANCE
280 TECHNOLOGY PARKWAY STE 200
NORCROSS GA 30092

VALERIE CASTRO RUBANO
3700 HENDRICKS HILL DRIVE
SMYRNA TN 37167

VATALITY OGORODNIK
1438 BERN DRIVE
SPRING HILL TN 37174

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Prohealth Rural Health Services, Inc.**　　　　　　　　　　Case No.  
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Prohealth Rural Health Services, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 25, 2019** | **/s/ Griffin S. Dunham** |
| Date | **Griffin S. Dunham** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Prohealth Rural Health Services, Inc.** |
| | **Dunham Hildebrand, PLLC** |
| | **2416 21st Avenue South** |
| | **Suite 303** |
| | **Nashville, TN 37212** |
| | **615.933.5850 Fax:615.777.3765** |
| | **griffin@dhnashville.com** |